JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALICIA GARCIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG, a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | Case No. 2:22-cv-00694-JCM-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS (ECF NO. 16)** |

Plaintiff Alicia Garcia, by and through her counsel of record, David A. Tanner, Esq., of The Tanner Law Firm, and Defendant Smith's Food & Drug Centers, Inc., by and through its counsel of record Andre T. Marques, Esq., of Cooper Levenson, P.A., stipulate and agree, that:

Defense counsel has a conflict preventing attendance at the currently scheduled hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 7440234.1

Accordingly, the parties respectfully request the hearing on Plaintiff's Motion for Sanctions (ECF No. 16), currently scheduled for May 9, 2023, at 1:30 p.m., be continued to a date convenient with the Court, the week of May 22, 2023.

| | |
|---|---|
| TANNER LAW FIRM | COOPER LEVENSON, P.A |
| /s/ *David A. Tanner* | /s/ *Andre T. Marques* |
| DAVID A. TANNER, ESQ. | ANDRE T. MARQUES, ESQ. |
| Nevada Bar No. 08282 | Nevada Bar No. 014737 |
| 7895 West Sunset Road – Suite 115 | 3016 West Charleston Boulevard - #195 |
| Las Vegas, NV 89113 | Las Vegas, Nevada 89102 |
| (702) 987-8888 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ALICIA GARCIA | SMITH'S FOOD & DRUG CENTERS, INC. |

## ORDER

IT IS SO ORDERED that the hearing on Plaintiff's Motion for Sanctions (ECF No. 16), currently scheduled for hearing on May 9, 2023, is continued to **May 23, 2023 at 1:30 p.m.**

DATED this 18th day of April 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

CLAC 7440234.1

2