DAVID A. TANNER, Esq.
Nevada Bar No. 8282
JEFFREY C. GUNN, Esq.
Nevada Bar No. 15925
**TANNER LAW FIRM**
7895 West Sunset Road, Suite 115
Las Vegas, Nevada 89113
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
jeff@tannerlawfirm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA GARCIA, an individual, | CASE NO.: 2:22-cv-00694-JCM-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS (ECF NO. 16) (SECOND REQUEST)** |
| SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG, a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | |
| Defendants. | |

Plaintiff Alicia Garcia, by and through her counsel of record, David A. Tanner, Esq., of The Tanner Law Firm, and Defendant Smith's Food & Drug Centers, Inc., by and through its counsel of record Andre T. Marques, Esq., of Cooper Levenson, P.A., stipulate and agree, that:

Plaintiff's counsel has a conflict preventing attendance at the currently scheduled hearing.

1

Accordingly, the parties respectfully request the hearing on Plaintiff's Motion for Sanctions (ECF No. 16), currently scheduled for May 23, 2023, at 1:30 p.m., be continued to a date convenient with the Court, the week of June 5, 2023.

| | |
|---|---|
| **TANNER LAW FIRM** | **COOPER LEVENSON, P.A.** |
| /s/ David A. Tanner | /s/ Andre T. Marques |
| DAVID A. TANNER, ESQ.<br>Nevada Bar No. 8282<br>7895 West Sunset Road, Suite 115<br>Las Vegas, NV 89113<br>Telephone (702) 987-8888<br>Facsimile (702) 410-8070<br>*Attorney for Plaintiff* | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>ANDRE T. MARQUES, ESQ.<br>Nevada Bar No. 14737<br>3016 West Charleston Boulevard - #195<br>Las Vegas, NV 89102<br>*Attorneys for Defendant*<br>*Smith's Food & Drug Centers, Inc.* |

## ORDER

IT IS SO ORDERED that the hearing on Plaintiff's Motion for Sanctions (ECF No. 16), currently scheduled for hearing on May 23, 2023, is **VACATED** and **RESET** for **Monday, June 5, 2023 at 1:30 p.m. in Courtroom 3A**.

DATED: 5/5/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# Courtney McMenamy

| | |
|---|---|
| **From:** | Andre Marques <AMARQUES@cooperlevenson.com> |
| **Sent:** | Thursday, May 4, 2023 2:10 PM |
| **To:** | Courtney McMenamy |
| **Cc:** | Rutkowski Theresa H.; Busby Jerry S.; Smith Christiane H |
| **Subject:** | Re: ALICIA GARCIA V. SMITH'S - STIPULATION TO CONTINUE HEARING |
| **Attachments:** | image002.png; image004.png |

Looks good. Please affix my e-signature and submit. Thanks courtney.

Andre

Sent from my iPhone

On May 3, 2023, at 10:43 PM, Courtney McMenamy <Courtney@tannerlawfirm.com> wrote:


*** External Sender - Please Exercise Caution***

Good afternoon,

Here is the Stipulation to continue the May 23rd hearing for your review.

Thank you!

Courtney McMenamy
Paralegal to David A. Tanner
<image002.png>
Address: 7895 West Sunset Road, Ste. 115, Las Vegas, NV 89113
Phone: 702-987-8888
Fax: 702-410-8070

From: Andre Marques <AMARQUES@cooperlevenson.com>
Sent: Monday, May 1, 2023 2:29 PM
To: Courtney McMenamy <Courtney@tannerlawfirm.com>
Cc: Rutkowski Theresa H. <TRUTKOWSKI@cooperlevenson.com>; Busby Jerry S. <JBUSBY@cooperlevenson.com>; Smith Christiane H <CHSMITH@cooperlevenson.com>
Subject: RE: ALICIA GARCIA V. SMITH'S - STIPULATION TO CONTINUE HEARING

Hi Courtney,

I have no problems continuing the hearing. Can your office prepare the SAO? I'm actually travelling on vacation and will be out of the country until May 15th, hence the original request to continue the hearing. If you get it to me today, I should be able to take a look. Looking at my calendar, the hearing will likely need to be the week of June 5th.

Thanks

Click here to sign up for the latest Cooper Levenson news.<https://visitor.r20.constantcontact.com/manage/optin?v=001jYqn93s1IRBioIMBvQaGfDzo1zPaAEeS>

Andre T. Marques, Esq.
Cooper Levenson, P.A., Attorneys at Law
3016 W. Charleston Blvd., Suite 195
Las Vegas, NV  89102
Direct Dial (702) 366-1125, ext. 1908
Direct Fax (702) 366-1857
E-Mail: AMARQUES@cooperlevenson.com<mailto:AMARQUES@cooperlevenson.com>
Legal Assistant: Christiane Smith
E-Mail: CHSMITH@cooperlevenson.com<mailto:CHSMITH@cooperlevenson.com>
Direct Dial: (702) 832-1896
URL: http://www.cooperlevenson.com<http://www.cooperlevenson.com>
Cooper Levenson, P.A.
New Jersey / Delaware / Nevada / Florida / New York P Please consider the environment before printing this email.

<image004.png>

ATTENTION: This E-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above.  If you are not the intended recipient of this E-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this E-mail is strictly prohibited.  If you have received this E-mail in error, please immediately notify us by telephone at (609)344-3161 or notify us by E-mail at administrator@cooperlevenson.com<mailto:administrator@cooperlevenson.com>.  Although Cooper Levenson Law Firm attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses.



From: Courtney McMenamy <Courtney@tannerlawfirm.com<mailto:Courtney@tannerlawfirm.com>>
Sent: Monday, May 1, 2023 11:38 AM
To: Andre Marques <AMARQUES@cooperlevenson.com<mailto:AMARQUES@cooperlevenson.com>>
Cc: Rutkowski Theresa H. <TRUTKOWSKI@cooperlevenson.com<mailto:TRUTKOWSKI@cooperlevenson.com>>
Subject: RE: ALICIA GARCIA V. SMITH'S - STIPULATION TO CONTINUE HEARING

Good afternoon Mr. Marques,

We apologize for the trouble, but we need to move the Hearing in the Garcia case that is currently set for May 23rd. David has calendar conflicts that he cannot reschedule. Would your office mind filing a new Stip?

Thank you.

Courtney McMenamy
Paralegal to David A. Tanner
<image002.png>
Address: 7895 West Sunset Road, Ste. 115, Las Vegas, NV 89113
Phone: 702-987-8888
Fax: 702-410-8070